147 So. 926

**Ben T. ROMINE v. STATE.**

**8 Div. 630.**

Court of Appeals of Alabama.

April 4, 1933.

Henry D. Jones, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

According to the undisputed evidence in this case, the defendant is guilty of an assault and battery. This would be the case if every objection of the defendant to the admission of testimony had been sustained. It follows that, even if there were some technical errors in the rulings of the court, such rulings could not have been of injury to defendant in view of the fact that the fine assessed was nominal.

There is no error in the record, and the judgment is affirmed.

Affirmed.

142 So. 925

**John RUSS v. STATE.**

**8 Div. 491.**

Court of Appeals of Alabama.

May 24, 1932.

Rehearing Denied June 30, 1932.

BRICKEN, P. J.

Affirmed.

146 So. 924

**Milliard RUSS v. STATE.**

**8 Div. 582.**

Court of Appeals of Alabama.

Feb. 7, 1933.

RICE, Judge.

Affirmed.

142 So. 925

**William RUSSELL v. STATE.**

**8 Div. 533.**

Court of Appeals of Alabama.

May 24, 1932.

RICE, J.

Affirmed.

142 So. 925

**William RUSSELL v. STATE.**

**8 Div. 534.**

Court of Appeals of Alabama.

June 14, 1932.

BRICKEN, P. J.

Affirmed.

146 So. 924

**Virgie RUTHERFORD v. STATE.**

**8 Div. 655.**

Court of Appeals of Alabama.

Feb. 21, 1933.

RICE, Judge.

Affirmed.